69    Sup Court   1822

*Edward R. Campbell*
*vs.*
*Stephen Mack.*

Filed in open Court
Septʳ 23ᵈ 1824.
J. KEARSLEY.
Clerk.

SUPREME COURT, MICH TERRʸ
*Edward R. Campbell vs. Stephen Mack*

| | |
|---|---|
| Principal | $905.20 |
| Interest thereon from August 11th 1821, which is for 3 yrs. 1 month and 11 days | 169.12 |
| | $1074.32 |

I have examined the matter referred and do certify & report the above sum (to wit one thousand and seventy four Dollars & thirty two cents) due & owing to Edward R. Campbell by Stephen Mack and as such respectfully submit this report in obedience to the order of this Court.

Septʳ 22ᵈ 1824.

J. KEARSLEY.
Clerk

[Indorsement]

This Report is accepted by
the Attornies of the parties
A G WHITNEY
Plff's Att<sup>y</sup>
WOODBRIDGE
Deft's Att<sup>y</sup>